# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLTON REED, a/k/a "DEON EARL LEATHERWOOD", <br><br> Defendant. | No. CR88-2008-LRR <br><br> **ORDER REGARDING SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

___

This matter is before the court pursuant to its order dated March 20, 2008 and the hearing held on April 11, 2008. In the March 20, 2008 order, the court determined that it could rely on Amendment 706 to reduce the defendant's sentence. At the hearing, the court deemed it appropriate to exercise its discretion and grant the defendant a reduction under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10. Accordingly, the defendant's motion to reduce sentence under 18 U.S.C. § 3582(c)(2) (docket no. 198) is granted. The defendant's previously imposed 324 month term of imprisonment, as reflected in the judgment dated February 20, 1989, is reduced to time served.[1] The Bureau of Prisons is directed to release the defendant by no later than April 18, 2008. The defendant's new

---

[1] For purposes of the hearing and the instant order, the court relied on the following determinations:

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months |

The reduced sentence of time served is within the amended guideline range.

term of imprisonment applies to count 3 of the superseding indictment.[2]  Except as provided above and as stated during the hearing, all provisions of the judgment dated February 20, 1989 remain in effect; the duration and other conditions of the defendant's supervised release remain unchanged.

The Clerk of Court is directed to send and fax a copy of this order to the Bureau of Prisons, that is, the place where the defendant is currently incarcerated.  The Clerk of Court is also directed to send a copy of this order to the defendant, USM No. 06229-029.

**IT IS SO ORDERED**.

**DATED** this 14th day of April, 2008.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[2] Count 3 charged the defendant under 21 U.S.C. § 846.